DAYLE ELIESON
Interim United States Attorney
BRANDON JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT
## District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>Plaintiff,       )<br>         )<br>     v.     )<br>         )<br>ANTONIO YBANEZ     )<br>Defendant | Case No. 2:17-cr-00401-JCM-VCF-1<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Kelly A. Bowen, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 4rd day of January, 2018.

                                    DAYLE ELIESON
                                    Interim United States Attorney


                            By    /S/
                                    Brandon Jaroch
                                    Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Antonio Ybanez             Docket No. 2:17-cr-00401-JCM-VCF-1

Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Antonio Ybanez, who was placed under pretrial release supervision by Your Honor on December 27, 2017, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to State of NV.
5. The defendant must not prepare or participate in any preparation or filing of any documents with immigration.

**Respectfully presenting petition for action of Court and for cause as follows:**

On December 28, 2017, the defendant reported to Pretrial Services and was interviewed at that time. With the information received from the defendant, Pretrial Services requests the defendant's conditions of release be modified to use the least restrictive means to assure the identified risks are addressed.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED BY ADDING THE FOLLOWING CONDITION:**

1. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
| Considered and ordered this 4 of January 2018, and ordered filed and made a part of the records in the above case. | Dated on this 4th day of January, 2018. |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable C.W. Hoffman, Jr.<br>U.S. Magistrate Judge | Kelly A. Bowen<br>U.S. Pretrial Services Officer |
| | Place: Las Vegas, Nevada |